■ ILIA AVTSIN et al., Respondents, v VADIM KEMELMAN, Appellant, et al., Defendants. [643 NYS2d 412]

Under the circumstances, the undertaking directed by the Supreme Court is adequate to reimburse the defendants for any damages they may sustain if it is later finally determined that the preliminary injunction was erroneously granted (*see,* CPLR 6312 [b]; *Margolies v Encounter, Inc.,* 42 NY2d 475, 477). Bracken, J. P., O'Brien, Joy and Florio, JJ., concur.